UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARILYN JACKSON

    Plaintiff,

vs.

CITY OF BUFFALO, BUFFALO POLICE
DEPARTMENT, LEONETTA RUSSELL and
LASHONDRA ROACH

    Defendants.

NOTICE OF REMOVAL
CIVIL ACTION NO.

11-CV-_____

  Pursuant to 28 U.S.C.A. §1331, 1441 and 1446, Defendant **CITY OF BUFFALO,** by the undersigned attorney hereby removes this action to the United States District Court for the Western District of New York. Removal is proper and this Notice of Removal is submitted by the undersigned attorney for the following reasons:

  1. This action is pending in the Supreme Court, of the State of New York, County of Erie, and captioned: **MARILYN JACKSON vs. CITY OF BUFFALO, BUFFALO POLICE DEPARTMENT, LEONETTA RUSSELL and LASHONDRA ROACH** and was filed with the **Index No. 2011001484.** Defendant was noticed of this action by the service of a Summons and Complaint on or about **April 5, 2011.**

  2. Based upon the venue where this action was commenced in the state court, the United States District Court of the Western District of New York would be the proper venue for removal of this action.

  3. Copies of all pleadings in this matter that have been served to date, to wit the Summons and Complaint, are attached hereto (Exhibit A). The defendant has not served an Answer in this matter.

  4. This Court has jurisdiction over this action pursuant to 28 U.S.C.A. §1331.

  5. The plaintiffs have alleged violations of federal civil rights pursuant to the provisions of 42 U.S.C.A. §1983.

6. The defendant intends to comply with the provisions of 28 U.S.C.A. §1446(d) with regard to service of this notice upon all parties and with regard to filing of this Notice with the Court of originality.

7. ~~Attached is an Index referencing the Summons and Complaint as the only documents~~ known to have been filed in this matter to date. (Exhibit B)

**WHEREFORE,** notice is hereby given that this action is removed from the New York State Supreme Court, County of Erie to the United States District Court for the Western District of New York.

**DATED:**   Buffalo, New York
January 15, 2010

Respectfully submitted,

DAVID RODRIGUEZ
ACTING CORPORATION COUNSEL

_____
Carmen J. Gentile
Assistant Corporation Counsel
*Attorney for Defendants*
1132 City Hall : 65 Niagara Square
Buffalo, New York 14202
Tel.: (716) 851-4332
Fax: (716) 851-4105
E-mail: cgentile@city-buffalo.com

TO:   Clerk of United States District Court
for the Western District of New York

Clerk of the Supreme Court of the State of
New York, Erie County

Richard Stanton, Esq.
Muscato & Shatkin
*Attorney for Plaintiffs*
434 Delaware Avenue
Buffalo, New York 14202
Tel.: (716) 842-0550

T:\wp60\sem\cjg\jacksonnoticeofremoval.docx



# CITY OF BUFFALO

## DEPARTMENT OF LAW

# EXHIBIT

# A

STATE OF NEW YORK
SUPREME COURT   :   COUNTY OF ERIE

---

MARILYN JACKSON
43 Hastings
Buffalo, New York 14215

                      Plaintiff,      **SUMMONS**

                                       Index#

CITY OF BUFFALO
65 Niagara Square,, 1100 City Hall
Buffalo, New York 14202

BUFFALO POLICE DEPARTMENT
74 Franklin Street
Buffalo, New York 14202

LEONETTA RUSSELL
74 Franklin Street
Buffalo, New York 14202

LASHONDRA ROACH
74 Franklin Street
Buffalo, New York 14202

                      Defendant.

---

**TO THE ABOVE NAMED DEFENDANT(S)**

**YOU ARE HEREBY SUMMONED** to answer the Complaint in this action and to serve a copy of your Answer, or if the Complaint is not served with a Summons, to serve a Notice of Appearance on the plaintiff's attorney within ten (10) days after the service of this Summons, exclusive of the day of service, or within thirty (30) days after completion of service where service is made in any other manner than personal delivery within the State. In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

The City of Buffalo is designated as the place of trial on the basis of the residence of the plaintiff who resides in the County of Erie.

DATED: BUFFALO, NEW YORK
       MARCH 29, 2011

Yours etc.,

MUSCATO & SHATKIN
Richard Stanton, of counsel
Attorneys for Plaintiff
Office and P.O. Address
434 Delaware Avenue
Buffalo, New York 14202
842-0550

STATE OF NEW YORK
SUPREME COURT   :   COUNTY OF ERIE

---

MARILYN JACKSON,

                Plaintiff,      **COMPLAINT**

                                          Index#

v

THE CITY OF BUFFALO, and

THE CITY OF BUFFALO POLICE DEPARTMENT, and

LEONETTA RUSSELL, and

LASHONDRA ROACH

                Defendant.

---

    The plaintiff(s) herein, through her attorneys, MUSCATO & SHATKIN, Richard Stanton, Esq. Of counsel as and for their complaint against the defendant, alleges:

    **FIRST**:    At all times hereinafter mentioned, the plaintiff Marilyn Jackson was and remains a resident of the City of Buffalo, the County of Erie, State of New York.

    **SECOND**:    Upon information and belief, The City of Buffalo (hereinafter referred to as the City) is a municipal body, corporate and politic, created and chartered by the state of New York.

    **THIRD:**  Defendant City of Buffalo Police Department (hereinafter referred to as the Police Department ) is a Police agency with the powers and duties set forth in the Charter and Code of the defendant City of Buffalo.

    **FOURTH:**    The City and its Police Department are charged with the duties of law enforcement, to protect and improve the quality of life in the City, and supply residents, visitors, and businesses of the City of Buffalo with safety, security, service and protection through its law enforcement duties.

**FIFTH:** Defendant Leonetta Russell, is an officer employed by the City of Buffalo who in the exercise of the powers entrusted to her through her employment, falsely arrested, unlawfully seized and detained the plaintiff with negligent, careless, reckless and wanton disregard for her right to be free from a seizure executed without probable cause that she had committed a crime.

**SIXTH :** Defendant Lashonda Roach, is an officer employed by the City of Buffalo who in the exercise of the powers entrusted to her through her employment, falsely arrested, unlawfully seized and detained the plaintiff with negligent, careless, reckless and wanton disregard for her right to be free from a seizure executed without probable cause that she had committed a crime.

**SEVENTH:** Upon information and belief, defendant Leonetta Russell and Lashondra Roach work for the City of Buffalo, and/or City of Buffalo Police Department and are residents of the City of Buffalo, County of Erie, and State of New York and are employed by defendant Buffalo Police Department

**EIGHTH:** On or about June 13, 2010 at approximately 12:30 p.m., and prior thereto the plaintiff resided in the City of Buffalo, at 43 Hastings, the approximate place where the initial injury and damages were sustained.

**NINTH:** Upon information and belief, on the 13th day of June 2010, at approximately 12:30 pm, Cedric Currie, a criminal defendant/party under a valid court order of protection to stay away from plaintiff and her residence, summoned the Buffalo Police to plaintiff's residence.

**TENTH:** On the aforesaid date and time, defendant(s), jointly and severally, negligently, carelessly, wantonly, and/or maliciously improperly and unlawfully charged, arrested and imprisoned plaintiff, ignoring, disregarding and/or negligently and falsely

construing a valid court order, and falsely accused and charged plaintiff of violating the very order of protection issued to protect her.

**ELEVENTH**: By virtue of the actions and omissions of the defendants, jointly and severally, the plaintiff was unlawfully detained, seized, arrested and strip searched and deprived of her liberty without due process of law.

**TWELFTH:** The procedures conducted and employed by the defendants herein were improper and not reasonably calculated to determine if in fact the person detained was more likely than not guilty of the crime charged.

**THIRTEENTH:** After seizing the plaintiff's person and placing her in their custody, and unable to attend to her own needs, they negligently willfully and wantonly disregarded her disclosure of medical conditions requiring medication and caused her unreasonable suffering as a result of the consequential exacerbation of the medical conditions.

**FOURTEENTH:** Plaintiff, incident to the unlawful arrest set forth above, was caused to suffer emotional distress, anxiety and other related symptoms including an abnormal and medically significant rise in her blood pressure, for which she had to be taken to the hospital by defendant police.

**FIFTEENTH:** The unlawful arrest and imprisonment and continued imprisonment of the plaintiff was conducted with disregard to the due process required to detain an individual, as well as the duty to provide reasonable care to one detained.

**SIXTEENTH:** A Notice of Claim was duly served upon the municipal defendants, and more than 30 days have elapsed since presentation, and the municipal defendants have failed to adjust and/or dispose of the claim presented.

### FOR A FIRST SEPARATE AND DISTICT CAUSE OF ACTION

**SEVENTEENTH:** The Plaintiff repeats and re-alleges paragraphs FIRST through SIXTEENTH.

**EIGHTEENTH:** On the 13th day of June 2010, plaintiff was lawfully at her residence as set forth above when the police were summoned to her house.

**NINETEENTH:** On the 13th day of June 2010 plaintiff was unlawfully arrested, imprisoned at her home or outside thereof, and remained continually unlawfully imprisoned through June 17, 2010.

**TWENTIETH:** As a result of the foregoing conduct of defendant(s), the plaintiff has sustained severe and serious personal injuries and other consequential damages.

**TWENTY-FIRST:** As a result of the foregoing, plaintiff has been damaged in the sum to be determined pursuant to CPLR 3017(c) and the amount of damages sought exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction.

### FOR A SECOND SEPARATE AND DISTICT CAUSE OF ACTION

**TWENTY-SECOND:** The Plaintiff repeats and re-alleges paragraphs FIRST through TWENTY-FIRST

**TWENTY-THIRD:** Plaintiff, incident to the unlawful arrest set forth above was compelled disrobe in front of others against her will, and thence subjected to a full body search which caused her discomfort, distress, humiliation and other damages.

**TWENTY-FOURTH:** As a result of the foregoing, plaintiff has been damaged in the sum to be determined pursuant to CPLR 3017(c) and the amount of damages sought exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction.

### FOR A THIRD SEPARATE AND DISTICT CAUSE OF ACTION

**TWENTY-FIFTH:** The Plaintiff repeats and re-alleges paragraphs FIRST through TWENTY-FOURTH.

**TWENTY-SIXTH:** Plaintiff, further incident to the unlawful arrest, imprisonment and hospitalization set forth above was forced to undergo a medical examination in front of a police officer in violation of her privacy and other rights, causing significant injury and other damages.

**TWENTY-SEVENTH:** As a result of the foregoing, plaintiff has been damaged in the sum to be determined pursuant to CPLR 3017(c) and the amount of damages sought exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction.

### FOR A FOURTH SEPARATE AND DISTINCT CAUSE OF ACTION

**TWENTY-EIGHTH:** Repeats and re-alleges paragraphs FIRST through TWENTY-SEVENTH.

**TWENTY-NINTH:** Plaintiff, further incident to the unlawful arrest, imprisonment and hospitalization set forth above was forced to lose temporary custody of her children for a period exceeding two months, and incur loss of companionship, love and other parental benefits in violation of her fundamental rights, causing significant injury and other damages.

**THIRTIETH:** As a result of the foregoing, plaintiff has been damaged in the sum to be determined pursuant to CPLR 3017(c) and the amount of damages sought exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction.

### FOR A FIFTH SEPARATE AND DISTICT CAUSE OF ACTION

**THIRTY-FIRST:** Repeats and re-alleges paragraphs FIRST through THIRTIETH.

**THIRTY-SECOND:** Plaintiff, further incident to the unlawful arrest, imprisonment and hospitalization, loss of privacy and dignity, deprivation of her custodial rights, and access and other freedoms, was deprived of her civil and other rights under the New York State and

Federal Constitution and under 42 USC Sec. 1983, causing significant injury, mental, emotional and physical pain and suffering, injury and other consequential damages.

**THIRTY-THIRD:** As a result of the foregoing, plaintiff has been damaged in the sum to be determined pursuant to CPLR 3017(c) and the amount of damages sought exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction.

**WHEREFORE**, the plaintiff demands judgment against the defendant(s) on each cause of action in the amount to be determined, together with the costs and disbursements of this action, attorney fees, and for such other and further relief as to this Court may deem just and proper.

DATED:  BUFFALO, NEW YORK
         March 30, 2011

Yours, etc.,

MUSCATO & SHATKIN
Richard Stanton, of counsel
Attorneys for Plaintiff
Office & Post Office Address
434 Delaware Avenue
Buffalo, NY 14202
(716) 842-0550



# CITY OF BUFFALO

## DEPARTMENT OF LAW

# EXHIBIT

# B

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARILYN JACKSON

~~Plaintiffs,~~

-vs-

CITY OF BUFFALO, BUFFALO POLICE DEPARTMENT, LEONETTA RUSSELL and LASHONDRA ROACH

Defendants.

INDEX OF DOCUMENTS FILED:

CIVIL ACTION NO.
11-CV_____

All documents filed with the Erie County Clerk's Office (the Clerk of the Supreme Court, Erie County for purposes of commending a lawsuit) include:

1. Summons and Complaint filed on or about April 1, 2011 in New York State Supreme Court, County of Erie as Index No. 2011001484 and served on the Defendants on April 5, 2011.

                                    Respectfully submitted,
                                    David Rodriguez
                                    Acting Corporation Counsel

                                    Carmen J. Gentile
                                    Assistant Corporation Counsel
                                    *Attorney for Defendants*
                                    1132 City Hall-65 Niagara Square
                                    Buffalo, New York 14202
                                    Tel.: (716) 851-4332
                                    Fax.: (716) 851-4105
                                    cgentile@city-buffalo.com

T:\wp60\sem\cjg\jacksonindex.doc