UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARILYN JACKSON,

                    Plaintiff,

                                      **STIPULATION of**
                                      **DISCONTINUANCE**
                                      Civil Action # 11-CV-0316-A

v

CITY OF BUFFALO, and

BUFFALO POLICE DEPARTMENT, and

LEONETTA RUSSELL, and

LASHONDRA ROACH

                    Defendants

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys or representatives of record for the parties indicated below in the above entitled action, the above entitled action be, and the same hereby is discontinued with prejudice on its merits, without costs to either party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

DATED: BUFFALO NEW YORK
           February 6, 2014

_____    _____
MUSCATO & SHATKIN, LLP               CORPORATION COUSNEL
Marc Shatkin, Esq.                           Carmen J. Gentile, Esq.
Attorney for Plaintiff                       Attorneys for defendants
Office and PO Address                   Office and PO Address
415 Franklin Street                          65 Niagra Square, Suite 1100
Buffalo, New York 14202               Buffalo, New York 14202